Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK  99501
Phone: (907) 279-3581
Fax:   (907) 277-1331
cld@delaneywiles.com

Attorneys for Defendant
    Safeway Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLORIA PAIGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAFEWAY INCORPORATED, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:10-cv-_____ |

**NOTICE OF REMOVAL OF CASE FROM STATE COURT**
**(SUPERIOR COURT NO. 3AN-10-07405 CI)**

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the Defendant, Safeway Incorporated ("Safeway"), contemporaneous with the filing of this notice, are effectuating the removal of the above-referenced action from the Superior Court of the State of Alaska, Third Judicial District, to the United States District Court for the District of Alaska.  The removal is based on the following grounds:

Notice of Removal of Case From State Court                    Page 1 of 4
*Paige v. Safeway Inc.*                                       Case No. 3:10-cv-_____
Case 3:10-cv-00112-TMB   Document 1   Filed 05/28/10   Page 1 of 4

1. On or about May 12, 2010, there was filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, the above-entitled action, Case No. 3AN-10-07405 CI. A copy of the original complaint and all pleadings and other orders required to be included with the notice per 28 U.S.C. § 1446(a) is attached as Exhibit A.

2. Safeway first received notice of the complaint on or about May 17, 2010, via certified mailing of the complaint at the office of their registered agent, United States Corporation Company in Juneau, Alaska.

3. The United States District Court has jurisdiction over the Superior Court action in this matter, pursuant to 28 U.S.C. § 1332, as one that may be removed under 28 U.S.C. § 1441(a) based on diversity of citizenship and as meeting all jurisdictional requirements.

4. This notice of removal is timely filed in that it is filed within thirty days of the Defendants' first notice of the lawsuit. The complaint was served on Defendants on or about May 17, 2010.

5. Safeway is a corporation organized under the laws of the State of Delaware with its principal place of business in Pleasanton, California. Its corporate citizenship is California.

6. Plaintiff is a citizen of Alaska.

Notice of Removal of Case From State Court  Page 2 of 4
*Paige v. Safeway Inc.*  Case No. 3:10-cv-_____
Case 3:10-cv-00112-TMB   Document 1   Filed 05/28/10   Page 2 of 4

7. There is complete diversity of citizenship between Plaintiff and Defendant Safeway.

8. The complaint was filed in Alaska Superior Court, alleging damages in excess of $140,000, thus meeting the jurisdictional requirements of 28 U.S.C. § 1332(b).

9. The United States District Court has jurisdiction over the State of Alaska Superior Court action, pursuant to 28 U.S.C. § 1332 as one that may be removed under 28 U.S.C. § 1441(a) based on diversity of citizenship and as meeting all jurisdictional requirements.

10. The notice to State Superior Court of the notice of removal is being filed contemporaneously with this notice in federal court.

DATED this 28th day of May, 2010, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendant

/s/ Cynthia L. Ducey
1007 West 3rd Avenue, Suite 400
Anchorage, AK  99501
Phone: (907) 279-3581
Fax:   (907) 277-1331
cld@delaneywiles.com
Alaska Bar No. 8310161

Notice of Removal of Case From State Court                 Page 3 of 4
*Paige v. Safeway Inc.*                                    Case No. 3:10-cv-_____
Case 3:10-cv-00112-TMB   Document 1   Filed 05/28/10   Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2010, a copy of foregoing document was served via mail on:

    Darryl L. Jones
    Law Offices of Darryl L. Jones
    905 Photo Avenue
    Anchorage, AK 99507

/s/Cynthia L. Ducey
4844-2738-8166, v. 1

Notice of Removal of Case From State Court   Page 4 of 4
*Paige v. Safeway Inc.*   Case No. 3:10-cv-_____
Case 3:10-cv-00112-TMB   Document 1   Filed 05/28/10   Page 4 of 4