IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

GLORIA PAIGE, )
)
        Plaintiff(s), )
)
vs. )
)
SAFEWAY, INC. )
an Alaskan corporation, )
)
        Defendant(s). )
_____ ) Case No. 3AN-10-7405 Civil

## COMPLAINT FOR DAMAGES

NOW COMES Plaintiff Gloria J. Page, and by and through her attorney, Darryl L. Jones, and by way of complaint against Defendant Safeway Inc., avers and states as follows:

1. Plaintiff Gloria J. Paige is a resident of the Third Judicial District, State of Alaska. Defendant Safeway Inc. is a corporation doing business in the Third Judicial District of Alaska.

2. Defendant Safeway Inc. owned, leased, and/or managed the premises, a gas station, known as 3411 Penland Parkway, in the Municipality of Anchorage, located in the Third Judicial District of Alaska.

3. On or about December 26, 2009, Plaintiff Gloria J. Paige was walking to the rear of her vehicle to fill her gas tank on the aforementioned premises owned, leased and managed by Defendant, Safeway Inc.

DARRYL L. JONES
ATTORNEY AT LAW
905 PHOTO AVENUE
ANCHORAGE, ALASKA 99507
Ph: (907) 278-1212 Fax: (907) 278-1213

4. At that same time and place, the surface of Defendant Safeway Inc.'s gas station filling lot and cement islands on which Plaintiff Gloria J. Paige and others were forced to walk and stand upon as they purchased gasoline had not been properly cleared of ice and snow by Defendant Safeway Inc. or its agents and/or employees, and a dangerous build-up of ice had formed.

5. Plaintiff Gloria J. Paige slipped on the snow and ice build-up negligently left by Defendant Safeway Inc. or its agents and/or employees, and struck her right shoulder on the cement island of the gas station, causing her severe injuries more fully hereinafter described.

6. As a result of her fall on the dangerous snow and ice build-up negligently left by Defendant Safeway Inc. or its agents and/or employees, Plaintiff Gloria J. Paige sustained serious and severe injuries to her person, including, but not limited to, the following injuries: severe fractures to her right arm; intense pain in her shoulder that required medical treatment; anxiety; and other serious and severe personal injuries.

### First Cause of Action - Negligence

7. Plaintiff Gloria J. Paige incorporates herein by reference hereto the allegations of foregoing paragraphs above as if more fully set forth herein at length.

8. Defendant Safeway Inc. and its agents and/or employees owed to Plaintiff Gloria J. Paige and others the duty of care to properly maintain, inspect, and properly supervise the gas station filling lot and cement islands in question so as to furnish to the Plaintiff Gloria J. Paige and others a safe and non-perilous surface on which to stand while purchasing gasoline, free from hazards which were recognized or should have been recognized by

2

DARRYL L. JONES
ATTORNEY AT LAW
905 PHOTO AVENUE
ANCHORAGE, ALASKA 99507
Ph: (907) 278-1212  Fax: (907) 278-1213

Case 3:10-cv-00112-TMB   Document 1-1   Filed 05/28/10   Page 2 of 7
EXHIBIT A
Page 2 of 7

Defendant Safeway Inc., as causing or likely to cause the serious physical harm to the Plaintiff Gloria J. Paige, and others;

9. The aforesaid incident occurred as a result of and was proximately caused by the careless, negligent, grossly careless, and reckless breach of these duties by the Defendant, Safeway Inc. or its agents and/or employees, which consisted inter alia of the following particulars:

a. Failing to properly supervise the gas station filling lot and cement islands in question so as to furnish to the Plaintiff Gloria J. Paige a safe and non-perilous surface on which to stand while purchasing gasoline, free from hazards which were recognized or should have been recognized by Defendant Safeway Inc., as causing or likely to cause the serious physical harm to the Plaintiff Gloria J. Paige, and others;

b. Failing to maintain the above gas station filling lot and cement islands in a safe and non-perilous condition to insure that the Plaintiff Gloria J. Paige would not be caused to slip and fall as a result of the snow and ice build-up which existed and which were known and should have been known to the Defendant Safeway Inc.;

c. Failing to properly inspect the gas station filling lot and cement islands wherein the Plaintiff Gloria J. Paige was caused to fall as a result of the dangerous snow and ice build-up negligently left by Defendant Safeway Inc. or its agents and/or employees;

d. Failing to maintain the aforementioned premises owned, leased, and/or managed by the Defendant Safeway Inc. in good and safe condition for the Plaintiff Gloria J. Paige and others; and

DARRYL L. JONES
ATTORNEY AT LAW
905 PHOTO AVENUE
ANCHORAGE, ALASKA 99507
Ph: (907) 278-1212  Fax: (907) 278-1213

3

e. Otherwise failing to exercise the degree of care required under the circumstances.

10. As a direct and proximate result of the aforesaid breach by Defendant Safeway Inc. of its duties of care to Plaintiff Gloria J. Paige and others, Plaintiff Gloria J. Paige sustained the injuries, losses, and damages which were more fully described above, without any negligence of the Plaintiff Gloria J. Paige contributing thereto.

## Prayer for Relief

11. Having set forth her facts and circumstances in this Complaint, Plaintiff Gloria J. Paige respectfully requests that this court grant her the following relief:

a. Damages for her past, present and future medical expenses in an amount in amount exceeding Forty Thousand ($40,000.00) Dollars, the exact amount to be proven at trial;

b. Damages for past, present and future pain and suffering, inconvenience, and mental anguish in an amount exceeding One Hundred Thousand ($100,000.00) Dollars, the exact amount to be proven at trial.

c. Damages for loss of her quiet enjoyment of life and future diminution of her overall health, strength, and vitality in an amount to be proven at trial;

d. Attorney fees in an amount appropriate to this matter; and

e. Such and other further relief that this court finds to be appropriately granted.

DATED this 12th day of May, 2010 at Anchorage, Alaska.

Darryl L. Jones, Esq.
Attorney for Plaintiff(s)
ABA #8811188

DARRYL L. JONES
ATTORNEY AT LAW
905 PHOTO AVENUE
ANCHORAGE, ALASKA 99507
Ph: (907) 278-1212 Fax: (907) 278-1213



IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

Gloria Paige
_____
Plaintiff(s),

vs.

Safeway Inc.
_____
Defendant(s),

CASE NO. 3AN- 10-7405 CI

SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: Safeway Inc.

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) Darryl Jones, whose address is: 905 Photo Avenue, Anchorage, AK 99503.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☒ This case has been assigned to Superior Court Judge Ioannides
and Master _____.

☐ This case has been assigned to District Court Judge _____

CLERK OF COURT

5-12-10
Date

By: _____
Deputy Clerk

I certify that on 5-12-10 a copy of this Summons was ☐ mailed ☒ given to
☐ plaintiff ☒ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/05)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

Case 3:10-cv-00112-TMB   Document 1-1   Filed 05/28/10   Page 5 of 7  EXHIBIT A
Page 5 of 7

**DARRYL L. JONES**
ATTORNEY AT LAW
905 Photo Avenue
ANCHORAGE, ALASKA 99503

CERTIFIED MAIL

7006 2760 0002 7385 0601

United States Corporation Company
9360 Glacier Highway Suite 202
Juneau, Alaska 99801

02 1P
0003966726
MAILED FROM ZIP CODE 99501
UNITED STATES POSTAGE
$ 005.54⁰
PITNEY BOWES
MAY 12 2010

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

GLORIA PAIGE, )
)
      Plaintiff(s), )
)
vs. )
)
SAFEWAY, INC. )
an Alaskan corporation, )
)
      Defendant(s). )
_____ ) Case No. 3AN-10-_____ Civil

## DEMAND FOR TRIAL BY JURY

NOW COMES Plaintiff Gloria J. Paige, by and through her counsel of record Darryl L. Jones, of the Law Offices of Darryl L. Jones, and, pursuant to Alaska Rule of Civil Procedure 38(a), requests a jury trial on all issues triable by jury.

DATED, this 12th day of May 2010 at Anchorage, Alaska.

                                                                       Darryl L. Jones
                                                             ABA #8811188

**DARRYL L. JONES**
ATTORNEY AT LAW
905 PHOTO AVENUE
ANCHORAGE, ALASKA 99507
Ph: (907) 278-1212 Fax: (907) 278-1213